# AFFIDAVIT OF SERVICE

State of New York     County of SOUTHERN DISTRICT     United States District Court Court

Index Number: 08-CV-6575 (LTS)(AJP)
Date Filed: _____

Plaintiff:
**DAVID ANDRADE, AARON LANGEVIN, ET AL.**
vs.
Defendant:
**ALLEGIS GROUP, INC. AND AEROTEK, INC.**

For:
Steven Bennett Blau
Blau Brown & Leonard, LLC.
54 West 21st Street
Suite 1009
New York, NY 10010

Received by PRIORITY PROCESS to be served on **AEROTAK, INC., SERVE ON: RANDALL D. SONES, 7301 PARKWAY DRIVE, HANOVER, MD 21076.**

I, Bruce Siegert, being duly sworn, depose and say that on the **20th day of August, 2008 at 4:30 pm**, I:

Delivered a true copy of the **A SUMMONS AND COMPLAINT WITH ATTACHMENTS** to **ELLEEN SIEGMON (CONTROLLER)** who stated that they were authorized to accept for above named individual in their absence.

**Description of Person Served:** Age: 30s, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 130, Hair: Brown, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Bruce Siegert
Process Server

Subscribed and sworn to before me on the 4th day of September, 2008 by the affiant who is personally known to me.

Notary Public

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2008009239

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8-20-08 |
| NAME OF SERVER (PRINT) Bruce Siegert | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:
  Eileen Sigmon (Controller)

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-08
             Date

Signature of Server: Bruce Siegert

Address of Server: PO BOX 4189, Rockville, MD 20847

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.